file briefs as *amici curiae* filed by the following are granted: Metropolitan Life Insurance Co., CIGNA, Travelers Insurance Co. et al., Association of Private Pension and Welfare Benefit Plans, National Coordinating Committee for Multiemployer Plans, Connecticut Business and Industry Association, American Council of Life Insurance, Group Health Association of America, Inc., and Health Insurance Association of America et al. Certiorari denied.

No. 93–559. COLORADO STATE BOARD OF AGRICULTURE, IN ITS CAPACITY AS THE GOVERNING BOARD OF THE COLORADO STATE UNIVERSITY *v.* ROBERTS ET AL. C. A. 10th Cir. Motions of Alabama Association of School Boards et al., Brown University et al., and American Council on Education et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–562. MCMANUS *v.* IOWA ET AL. Sup. Ct. Iowa. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 93–6407. GAFFNEY *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–1806. MEYER *v.* LELSZ ET AL., *ante,* p. 906;
No. 92–1827. BONA *v.* CHAVEZ ET AL., *ante,* p. 815;
No. 92–1869. BULLWINKLE *v.* ALASKA, *ante,* p. 817;
No. 92–1881. THOMSEN *v.* JUVENILE DEPARTMENT OF WASHINGTON COUNTY ET AL., *ante,* p. 818;
No. 92–1997. CARTER *v.* CERTIFIED GROCERS OF CALIFORNIA, LTD., *ante,* p. 825;
No. 92–2027. WOODS *v.* UNITED STATES, *ante,* p. 826;
No. 92–2045. SMITH ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES; and CLAYBORN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 930;
No. 92–2061. SCIENTIFIC-ATLANTA, INC. *v.* HENDERSON ET AL., *ante,* p. 828;
No. 92–8182. ABDULLAH *v.* NEBRASKA, *ante,* p. 829;
No. 92–8474. MILLER-EL *v.* TEXAS, *ante,* p. 831;

No. 92–8732.  BRANNON *v.* LAMAINA, *ante,* p. 833;

No. 92–8766.  JOHNSON *v.* DETROIT COLLEGE OF· LAW ET AL., *ante,* p. 834;

No. 92–8776.  ROSE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 835;

No. 92–8867.  BURNS *v.* TEXAS, *ante,* p. 838;

No. 92–8871.  YOUNG *v.* GROOSE, WARDEN, *ante,* p. 838;

No. 92–8941.  HUFF *v.* ABC ENTERPRISES, INC., *ante,* p. 841;

No. 92–8947.  CORRIGAN *v.* TOMPKINS ET AL., *ante,* p. 842;

No. 92–8949.  HARRIS *v.* COUNTY OF SACRAMENTO, CALIFORNIA, ET AL., *ante,* p. 842;

No. 92–8952.  SCHULTZ *v.* WISCONSIN, *ante,* p. 842;

No. 92–8972.  HELMS *v.* REYNOLDS, WARDEN, ET AL., *ante,* p. 843;

No. 92–8999.  BOUNDS *v.* UNITED STATES, *ante,* p. 845;

No. 92–9025.  STEELE *v.* CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, *ante,* p. 846;

No. 92–9041.  BURGER *v.* ZANT, WARDEN, *ante,* p. 847;

No. 92–9077.  CLARK *v.* NAGLE, WARDEN, ET AL., *ante,* p. 849;

No. 92–9106.  FOX *v.* HUTTON ET AL., *ante,* p. 851;

No. 92–9168.  SCOTT *v.* TYSON FOODS, INC., *ante,* p. 854;

No. 92–9179.  IN RE NKOP, *ante,* p. 809;

No. 92–9192.  MCFALL *v.* WILKINSON ET AL., *ante,* p. 856;

No. 92–9193.  LANE *v.* RAMEY ET AL., *ante,* p. 856;

No. 92–9202.  CRAYTON *v.* KENTUCKY, *ante,* p. 856;

No. 92–9203.  AGRON *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., *ante,* p. 857;

No. 92–9235.  CATO *v.* MORALES, ATTORNEY GENERAL OF TEXAS, ET AL., *ante,* p. 859;

No. 93–20.  JOHNSTON *v.* ZEFF & ZEFF ET AL., *ante,* p. 860;

No. 93–26.  DUNCAN *v.* COBB ET AL., *ante,* p. 860;

No. 93–40.  SCINTO *v.* STAMM ET AL., *ante,* p. 861;

No. 93–42.  MITCHELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 861;

No. 93–124.  MICK ET AL. *v.* RESOLUTION TRUST CORPORATION, CONSERVATOR FOR IRVING FEDERAL SAVINGS & LOAN ASSN., *ante,* p. 865;

No. 93–153.  ARNOLD, AKA AHMAD *v.* LEONARD ET AL., *ante,* p. 866;

No. 93–200. COWHIG *v.* STONE, SECRETARY OF THE ARMY, ET AL., *ante*, p. 869;

No. 93–237. MALONEY *v.* UNITED STATES ET AL., *ante*, p. 915;

No. 93–243. JAMES ET AL. *v.* CITY OF LIVONIA ET AL., *ante*, p. 915;

No. 93–354. LOOMIS *v.* WALLIS & SHORT, P. C., *ante*, p. 918;

No. 93–368. DUNNING *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 918;

No. 93–5010. RUCHMAN ET AL. *v.* WOLFF ET AL., *ante*, p. 871;

No. 93–5011. POMPE *v.* CITY OF YONKERS ET AL., *ante*, p. 871;

No. 93–5030. BROWN *v.* CHICOPEE FIRE FIGHTERS, LOCAL 1710, IAFF, ET AL., *ante*, p. 872;

No. 93–5058. DEOBLER *v.* KINTZELE ET AL., *ante*, p. 873;

No. 93–5112. LOUCKS ET AL. *v.* PHILLIPS PETROLEUM CO., *ante*, p. 876;

No. 93–5116. PARTEE *v.* PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 877;

No. 93–5124. JOHNSON *v.* HARDCASTLE ET AL., *ante*, p. 877;

No. 93–5130. ALCALA *v.* CALIFORNIA, *ante*, p. 877;

No. 93–5198. LORENZO *v.* UNITED STATES, *ante*, p. 881;

No. 93–5287. WILLIAMS ET VIR *v.* TRUMBAUER ET AL., *ante*, p. 886;

No. 93–5295. ATHERTON *v.* VIRGINIA, *ante*, p. 886;

No. 93–5300. HALEY *v.* BORG, WARDEN, ET AL., *ante*, p. 886;

No. 93–5316. DEMAURO *v.* COLDWELL, BANKER & CO. ET AL., *ante*, p. 887;

No. 93–5347. WALTON *v.* ARIZONA, *ante*, p. 889;

No. 93–5383. RAMSEY *v.* OFFICE OF THE STATE ENGINEER ET AL., *ante*, p. 890;

No. 93–5388. WEAVER *v.* KAYE ET AL., *ante*, p. 891;

No. 93–5389. WEAVER *v.* STRINE ET AL., *ante*, p. 891;

No. 93–5433. SIEGEL *v.* BERKHEIMER ASSOCIATES, *ante*, p. 893;

No. 93–5479. SHAW *v.* MISSOURI, *ante*, p. 895;

No. 93–5558. GACY *v.* WELBORN, WARDEN, ET AL., *ante*, p. 899;

No. 93–5583. SWAIN *v.* DETROIT BOARD OF EDUCATION, *ante*, p. 920;

No. 93–5624. WHITSON *v.* HILLHAVEN WEST, INC., ET AL., *ante*, p. 921;

No. 93–5633. O'DONNELL *v.* AMERICAN CAREER TRAINING CORP. ET AL., *ante*, p. 921;

No. 93–5648.  BARKER v. COLLINS, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 922;

No. 93–5725.  VOLLBRECHT v. WISCONSIN, *ante,* p. 923;

No. 93–5733.  IN RE CAMPBELL, *ante,* p. 912;

No. 93–5772.  CHERRY v. RATELLE, WARDEN, ET AL., *ante,* p. 924;

No. 93–5773.  DEROSA v. NEW YORK, *ante,* p. 924;

No. 93–5837.  ANDERSON v. UNITED STATES, *ante,* p. 926; and

No. 93–5987.  PAUL v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 936.  Petitions for rehearing denied.

No. 92–1947.  WOODS v. AT&T INFORMATION SYSTEMS ET AL., *ante,* p. 907.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–222.  McCOO v. DISTRICT OF COLUMBIA, *ante,* p. 928. Petition for rehearing denied.  JUSTICE GINSBURG took no part in the consideration or decision of this petition.

## DECEMBER 6, 1993

No. 93–73.  IMMIGRATION AND NATURALIZATION SERVICE ET AL. v. LEGALIZATION ASSISTANCE PROJECT OF LOS ANGELES COUNTY FEDERATION OF LABOR ET AL.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heller* v. *Doe,* 509 U. S. 312 (1993), and *Reno* v. *Catholic Social Services, Inc.,* 509 U. S. 43 (1993).

No. ——— ——.  RETTIG ET AL. v. OHIO ET AL.  Motion for reconsideration of order denying leave to file bill of complaint [*ante,* p. 929] denied.

No. ——— ——.  LAWSON v. CONNECTICUT ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. ——— ——.  FIGURES v. FIGURES.  Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [*ante,* p. 960] denied.